# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANTHONY BERNARD KING, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: CV215-31 |
| | * | |
| SHERIFF NEAL JUMP, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| ANTHONY BERNARD KING, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: CV215-32 |
| | * | |
| BRUNSWICK POLICE DEPARTMENT, and | * | |
| UNKNOWN BRUNWICK POLICE | * | |
| DEPARTMENT OFFICERS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff, who is currently housed at Washington State Prison in Davisboro, Georgia, filed two (2) causes of action pursuant to 28 U.S.C. § 1983. In Case Number CV215-32,

Plaintiff contends members of the Brunswick Police Department violated his constitutional rights during his arrest on January 23, 2015. Dkt. No. 1. In Case Number CV215-31, Plaintiff contends he was not provided with proper medical care and treatment upon his arrival at the Glynn County Detention Center after his arrest on January 23, 2015. Dkt. No. 1. Plaintiff also makes various other related allegations in this Complaint. Id.

Rule 42 of the Federal Rules of Civil Procedure permits consolidation of actions involving common questions of law or fact. "It is well-settled that the decision to consolidate 'is entirely within the discretion of the district court as it seeks to promote the administration of justice.'" Chatham Condo. Assocs. v. Century Village, Inc. 597 F.2d 1002, 1014 (5th Cir. 1979).

Plaintiff's two cases set forth allegations that are related to each other and that involve common questions of law and fact. Accordingly, the Clerk of Court is directed to: file all pleadings docketed in Case Number CV215-32 upon the docket and record of Case Number CV215-31; **CONSOLIDATE** Case Numbers CV215-31 and CV215-32; **CLOSE** Case Number CV215-32; and to add "Unknown Brunswick Police Department Officers" as named Defendants in Case Number CV215-31. Once this occurs, the

United States Magistrate Judge will conduct the requisite frivolity review.

**SO ORDERED**, this 5 day of May, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA